# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNETH A. WADE, #1610073 | § | |
| | § | CIVIL ACTION NO. 3:26-CV-1775-S-BT |
| v. | § | |
| | § | |
| DANIEL C. COMEAUX, et al. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

By separate judgment, Plaintiff's case will be **DISMISSED WITH PREJUDICE** as frivolous. Plaintiff's (1) motion for court-appointed counsel, (2) motion for expedited consideration, and (3) motion for emergency preliminary injunction and restraining orders (ECF Nos. 21, 22, and 29) are **DENIED** for the reasons set forth in the Magistrate Judge's Findings, Conclusions, and Recommendation.

After the Magistrate Judge issued her Findings, Conclusions, and Recommendation, the Clerk of the Court docketed Plaintiff's second motion for "emergency preliminary injunction and restraining orders" [ECF No. 32] that contains similar allegations as his prior motion seeking that same relief [ECF No. 29]—namely, that three individuals have used fraudulently-obtained Google accounts to sexually assault, torture, and terrorize him and must be restrained. As the Magistrate Judge explained, however, Plaintiff has not shown a substantial likelihood of success on the merits

on these allegations. *See* ECF No. 30 at 8. Therefore, Plaintiff's second motion for "emergency preliminary injunction and restraining orders" is also **DENIED**.

**SO ORDERED.**

SIGNED November 6, 2026.

**UNITED STATES DISTRICT JUDGE**